This document contains some pages that are of poor quality at the time of imaging.

Mr. Reddie Houston
264 FM 3478 ROAD
HUNTSVILLE, TEXAS 77?

COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

67,748-01,02,03,04,05,0
07,08

Dear Mr. Abe Costa, Clerk;

My name is Mr. Reddie Houston. I am incarcerated at the ESTELLE UNIT.

Send me a docket sheet on what I have filed within your court.

Notify me in writing on what you have received and filed on my behalf on my paper work that I have sent to the court.

Thank you for your time and convenience.

Sincerely,
Mr. Reddie Houston

Mr. Reddie Houston


RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 16 2011
Abel Acosta, Clerk